

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TANDA STRINGFELLOW, | § | No. 08-15-00071-CV |
| Appellant, | § | Appeal from the |
| v. | § | 235th District Court |
| JEFFREY SHANE STRINGFELLOW, | § | of Cooke County, Texas |
| Appellee. | § | (TC# 13-00403) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **May 12, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Teresa Ward, Court Reporter for the 235th District Court, for Cooke County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **May 12, 2015.**

IT IS SO ORDERED this 30th day of April, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.